■ ROBERT C. ROSENBERG et al., Appellants, v RALPH W. SPARKS, Respondent, et al., Defendants. — Judgment, Supreme Court, New York County (Stanley Ostrau, J.), entered on January 31, 1984, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on December 28, 1982, is unanimously dismissed as subsumed in the judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Silverman, Lynch and Alexander, JJ.

■ LEWIS S. BERNSTEIN, Respondent, v MANHATTANVILLE COLLEGE et al., Appellants. — Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on October 21, 1983, unanimously affirmed, without prejudice to renewal after completion of discovery, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Silverman, Lynch and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBORN DOCK, Appellant. — Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on January 10, 1983, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Carro, Silverman, Lynch and Alexander, JJ.

■ EDMOND CONSTANTINE et al., Respondents, v HARVEY L. LEVINE, as Trustee, et al., Appellants. — Appeal from the order, Supreme Court, New York County (Stanley Parness, J.), entered on March 3, 1983, unanimously dismissed, without costs and without disbursements, on the ground that the final judgment has been entered. No opinion. Concur — Sullivan, J. P., Carro, Bloom, Milonas and Kassal, JJ.